# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-08-00366-CV

**American Housing Foundation; Credit Realty Partners XI, Ltd.; Austin Fairway Village, Ltd.; and Austin Santa Maria Village, Ltd., Appellants**

**v.**

**Travis County Appraisal District, Appellee**

## FROM THE DISTRICT COURT OF TRAVIS COUNTY, 353RD JUDICIAL DISTRICT NO. D-1-GN-03-000987, HONORABLE DARLENE BYRNE, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant American Housing Foundation filed a notice of bankruptcy with this Court (United States Bankruptcy Court, N.D. Texas, case number 09-20232-11). Accordingly, its appeal is stayed and appellants' counsel's motion to withdraw is granted. *See* 11 U.S.C. § 362(a) (West 2004); Tex. R. App. P. 8.2. Any party may file a motion to reinstate upon the occurrence of an event that allows the case to proceed or if any party believes the automatic stay does not apply to this appeal. *See* Tex. R. App. P. 8.3(a). Failure to notify this Court of a lift of the automatic stay or termination of the bankruptcy case may result in the dismissal of the cause for want of prosecution. *See* Tex. R. App. P. 42.3(b).

_____

J. Woodfin Jones, Chief Justice

Before Chief Justice Jones, Justices Puryear and Henson

Abated

Filed:   August 7, 2009